CCA No. PD-0820-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

Benjamin Elias

v.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

From Appeal No. 04-14-00498-CR
Trial Cause No. 427052
Bexar County

NOTICE TO COURT OF CHANGE OF ADDRESS

TO THE HONORABLE CLERK OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Benjamin Elias, Petitioner, pro se and hereby files this Notice to the Court of Change of Address. IN SUPPORT THEREOF, Petitioner will show the Court the following:

I.

Petitioner's previous address was as follows:

Benjamin Elias
SO # 9071757
El Paso County Detention Facility Annex
12501 Montana
El Paso, Texas 79938.

[1 of 3]

Petitioner no longer resides at said address.

## II.

Petitioner's current address is as follows:

Benjamin Elias
TDCJ-ID No. 819778
John W. Middleton
13055 FM 3522
Abilene, Texas 79601.

Plaintiff's current mailing address is effective immediately.

## Prayer

Wherefore, PREMISES CONSIDERED, Plaintiff humbly prays that this notice suffice to notify the Court of his change of address.

Respectfully submitted,
Benjamin Elias
Benjamin Elias, pro se
TDCJ-ID No. 819778
John W. Middleton
13055 FM 3522
Abilene, Texas 79601.

## Certificate of Service

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the above and foregoing Notice to the Court of Change of Address has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State; Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; and the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 On this the 28th day of September 2015.

Benjamin Elias

Benjamin Elias, pro se.